

**FILED**
3:27 pm, 2/16/21
**Margaret Botkins**
**Clerk of Court**

United States District Court
For The District of Wyoming

DOUGLAS I. HAYE, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.                                        Civil No. 20-CV-153-F

COLLECTION PROFESSIONALS, INC.

    Defendant.

## JUDGMENT IN A CIVIL ACTION

The Court having granted Defendant's Motion for Judgment on the Pleadings (Doc. 27) on January 22, 2021. In that Order, the Court gave Plaintiff leave to file an Amended Complaint if he was able to state facts that address the deficiency. An Amended Complaint was to be filed by February 12, 2021 and none was filed. On February 16, 2021, the Court entered an Order directing entry of Judgment in this matter.

THEREFORE, Plaintiff, Douglas I. Haye, shall take nothing in this matter and Defendant, Collection Professionals Inc., is entitled to judgment in its favor on all claims asserted against it by Plaintiff.

Dated this 16th day of February, 2021.

_____
Clerk of Court or Deputy Clerk